STATE OF NEW JERSEY v. ELIAH KIRKLAND, JR.

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. JOHN PASQUALE.

October 5, 1971. Petition for Certification denied.

ROMANUS J. BUCKLEY, *ETC.* v. FULTON B. HUSTON.

October 5, 1971. Petition for Certification granted. (See 115 *N. J. Super.* 367).

IN THE MATTER OF THE APPLICATION OF PENN CENTRAL TRANSPORTATION COMPANY FOR APPROVAL OF SALE TO 170 WASHINGTON AVENUE ASSOCIATES, *ETC.*

October 5, 1971. Petition for Certification denied.

FRANKLIN GLASGALL v. ROBERT D. SCHLENGER, *ETC.*

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. RICHARD WILLIAMS, JR.

October 5, 1971. Petition for Certification denied.